FILED'09 NOV 02 09:12 USDC-ORE

**DAVID B. LOWRY**
9900 SW Greenburg Road
Columbia Business Center, **Suite** 235
Portland, Oregon 97223
(503)245-6309
OSB NO. 73372

**Attorney for** Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Valerie Baker

        **Plaintiff,**

vs.                                                   Civil No. 08-cv-00980-AA

**Commissioner of Social Security**

        **Defendant.**                     **ORDER GRANTING AWARD**
                                        **OF EAJA FEES**

    **Pursuant to Stipulation, and good cause appearing therefore,**

    **IT IS ORDERED, ADJUDGED** and **DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of $6.68, costs in the amount of $14.40, and attorney's fees in the amount of $4,625.58, pursuant to EAJA, 28 U.S.C.§ 2412 and 28 U.S.C.§ 1920. Payment should be made to plaintiffs attorney**

Done this 30 day of October, 2009.

_____
Judge

Page 1 - ORDER GRANTING AWARD OF EAJA FEES